1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  WILLIAM P. GARCIA,                    1:10-CV-00447-OWW-DLB PC

10                 Plaintiff,            ORDER ADOPTING FINDINGS AND
                                        RECOMMENDATIONS AND DISMISSING
11                                      CERTAIN CLAIMS AND DEFENDANTS

12       v.                             (DOC. 20)

13  KEN CLARK, et al.,

14                 Defendants.

15  _____/

16      Plaintiff William P. Garcia ("Plaintiff") is a California

17  state prisoner proceeding pro se in this civil rights action

18  pursuant to 42 U.S.C. § 1983.  On May 24, 2010, Plaintiff filed his

19  first amended complaint.  The matter was referred to a United

20  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

21  Local Rule 302.

22      On September 20, 2010, the Magistrate Judge filed a Findings

23  and Recommendations herein which was served on Plaintiff and which

24  contained notice to Plaintiff that any objection to the Findings

25  and Recommendations was to be filed within thirty days.  Plaintiff

26  did not file an Objection to the Findings and Recommendations.

27      In accordance with the provisions of 28 U.S.C. § 636(b)(1),

28  this Court has conducted a de novo review of this case.  Having

1

carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed September 20, 2010, is adopted in full;

2.   This action proceed against Defendants Palmer, Tolson, Turner, C. Walter, Santos, D. Ibarra, S. Knight, Sanez, F. Diaz, and K. Allison for violation of the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act of 2000; and

3.   Defendants Quintana, Sheron, Lais, and Ken Clark are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:    November 4, 2010              /s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE