# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-CV-00447-OWW-DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(DOC. 8)<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　Plaintiff William P. Garcia ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint against Defendants Palmer, Tolson, Turner, Walter, Santos, Ibarra, Knight, Sanez, Diaz, and Allison for violation of the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act of 2000.

　　　Pending before the Court is Plaintiff's motion for preliminary injunction, filed May 5, 2010. Doc. 8. As of the date of this order, Defendants have not responded to Plaintiff's motion. Accordingly, it is HEREBY ORDERED that Defendants are to file a response to Plaintiff's motion within twenty-one (21) days from the date of service of this order. Failure to file a timely response may be construed as waiver of opposition.

　　　IT IS SO ORDERED.

　　Dated: **March 29, 2011**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1