# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:10-CV-00447-OWW-DLB PC<br><br>ORDER REGARDING DISCOVERY AND SCHEDULING ORDER AS TO DEFENDANT K. TURNER |

　　　Plaintiff William P. Garcia ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint against Defendants Palmer, Tolson, Turner, Walter, Santos, Ibarra, Knight, Sanez, Diaz, and Allison for violation of the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act of 2000. Defendant Turner filed an answer to Plaintiff's complaint on April 18, 2011. The Court has issued a discovery and scheduling order on February 3, 2011 for Defendants Allison, Diaz, Ibarra, Knight, Palmer, Santos, Tolson, and Waters. The only deadline that has passed is the unenumerated 12(b) motion deadline. The Court will apply the remaining schedule deadlines to Defendant Turner.

Accordingly, it is HEREBY ORDERED that Defendant Turner's deadline to file an unenumerated 12(b) motion is June 20, 2011. All remaining deadlines from the February 3, 2011 Discovery and Scheduling Order apply to Defendant Turner.

IT IS SO ORDERED.

Dated:  **May 11, 2011**            /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE