# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA, | CASE NO. 1:10-CV-00447-OWW-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF LEAVE TO FILE REPLY TO DEFENDANTS' OBJECTIONS |
| v. | |
| KEN CLARK, et al., | (DOC. 44) |
| Defendants. | REPLY DUE WITHIN FOURTEEN (14) DAYS |

Plaintiff William P. Garcia ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint against Defendants Palmer, Tolson, Turner, Walter, Santos, Ibarra, Knight, Sanez, Diaz, and Allison for violation of the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act of 2000.

On May 5, 2010, Plaintiff filed a motion for preliminary injunction. Doc. 8. On July 8, 2011, the undersigned issued a Findings and Recommendations recommending Plaintiff's motion be granted. Doc. 40. On August 15, 2011, Defendants filed their objections. Doc. 44. In light of Defendants' objections, the Court finds that a reply from Plaintiff would assist the Court in

1

1 adjudication of the motion.

2     Accordingly, it is HEREBY ORDERED that Plaintiff is granted leave to file a reply to
3 Defendants' objections within **fourteen (14) days** from the date of service of this order.  Failure
4 to timely file a reply will be construed as a waiver of the opportunity to reply.

5     IT IS SO ORDERED.

6     Dated:   **August 23, 2011**             /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE