# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

WILLIAM P. GARCIA,                           CASE NO. 1:10-cv-00447-LJO-DLB PC

        Plaintiff,

   v.

KEN CLARK, et al.,

        Defendants.                    **ORDER & WRIT OF HABEAS CORPUS**
                                      **AD TESTIFICANDUM**
_____/

     William Patrick Garcia, CDCR # J-77945, a necessary and material witness in a settlement conference in this case on June 10, 2013, is confined in California Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran), 900 Quebec Avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Monday, June 10, 2013 at 1:00 p.m.

     ACCORDINGLY, IT IS ORDERED that:

     1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Allison Claire; and

     2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

     3.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at SATF-CSP via facsimile at (559) 992-7191.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SATF-CSP, Corcoran, P. O. Box 7100, Corcoran, California 93212:**

     **WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by Judge Claire.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

     IT IS SO ORDERED.

     Dated:  __**April 4, 2013**__      _____/s/ **Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE