# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>K. ALLISON, et al.,<br><br>        Defendants. | Case No. 1:10-cv-00447-LJO-DLB PC<br><br>**ORDER RESCHEDULING TRIAL CONFIRMATION HEARING AND TRIAL DATE** |

Plaintiff William P. Garcia ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed May 24, 2010, against Defendants K. Allison, F. Diaz, D. Ibarra, S. Knight, C. Palmer, R. Santos, R. Tolson, K. Turner, and C. Walters for violation of the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act of 2000.

The Court finds rescheduling of the trial confirmation hearing and trial date in this action necessary at this time. Accordingly, it is HEREBY ORDERED that:

1. This matter is set for telephonic trial confirmation hearing before the Honorable Lawrence J. O'Neill on **July 26, 2013** at **8:30 a.m.** in **Courtroom 4**;

2. This matter is set for jury trial before the Honorable Lawrence J. O'Neill on **September 4, 2013**, at **8:30 a.m**. in **Courtroom 4**;

3. Counsel for Defendants is required to arrange for the participation of Plaintiff in the

1

telephonic pretrial conference and to initiate the telephonic hearing at **(559) 499-5680**.

IT IS SO ORDERED.

Dated:  **June 10, 2013**                              /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE