## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA, | CASE NO. 1:10-cv-00447-LJO-DLB PC |
| Plaintiff, | |
| vs. | |
| KEN CLARK, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

William Patrick Garcia, CDCR # J-77945, a necessary and material witness in a settlement conference in this case on July 10, 2013, is confined in California Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran), 900 Quebec Avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Wednesday, July 10, 2013 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Allison Claire; and

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at SATF-CSP via facsimile at (559) 992-7191.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SATF-CSP, Corcoran, P. O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by Judge Claire.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 11, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE