1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA, | Case No. 1:10-cv-00447 LJO-DLB PC |
| Plaintiff, | |
| v. | ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL DATES |
| KEN CLARK, et al., | |
| Defendants. | |

Plaintiff William P. Garcia ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

In light of the continuation of the settlement conference to August 15, 2013, the Court VACATES the July 26, 2013, Telephonic Trial Confirmation Hearing and the September 4, 2013, trial. The Court will reset the dates after the settlement conference, if necessary.

IT IS SO ORDERED.

Dated:   **July 8, 2013**                           /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

1