# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

WILLIAM P. GARCIA,                              CASE NO. 1:10-cv-00447-LJO-DLB PC

      Plaintiff,

  vs.

KEN CLARK, et al.,

      Defendants.                      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      William Patrick Garcia, CDCR # J-77945, a necessary and material witness in a settlement conference in this case on August 15, 2013, is confined in Centinela State Prison, 2302 Brown Road, Imperial, California 92251, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Thursday, August 15, 2013 at 1:00 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Allison Claire; and

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      3. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at Centinela State Prison via facsimile at (760) 337-7650 and CSP-Sacramento via facsimile at (916) 294-3072.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Centinela State Prison, P. O. Box 731, Imperial, California 92251:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by Judge Claire.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 31, 2013

                                                  _/s/ Allison Claire_
                                               ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE