J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
R. TOLSON, C. PALMER, R. SANTOS, C. WALTERS,
D. IBARRA, S. KNIGHT, F. DIAS, K. ALLISON, and K. TURNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM GARCIA,<br><br>     Plaintiff,<br><br>v.<br><br>KEN CLARK, et al.,<br><br>     Defendants. | Case No.: 1:10-cv-00447-OWW-DLB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE SETTLEMENT CONFERENCE, TO STAY ACTION AND TO VACATE ORDER AND WRIT** |

Good cause appearing, the motion of Defendants for a continuance of the Settlement Conference, currently scheduled for October 3, 2013 at 1:00 p.m. in Courtroom 26 of the above-entitled court, and an extension of the stay, is GRANTED.

The Settlement Conference is continued to December 5th, 2013 at 1:00 p.m. in Courtroom 26 before Magistrate Judge Allison Claire. The stay of the action shall remain in place until that date. The Order and Writ of Habeas Corpus Ad Testificandum (Docket #126) is VACATED.

IT IS SO ORDERED.

DATED:  September 26, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1