# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants. | CASE No. 1:10-cv-00447-LJO-DLB PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMEDING DENYING DEFENDANTS' MOTION TO DISMISS AS UNTIMELY<br><br>(Doc. 132)<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff William P. Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 12, 2010.  On October 4, 2013, Defendants filed a motion to dismiss.  (ECF No. 132.)  The deadline for filing dispositive motions was December 15, 2011.  (ECF No. 22 at 2.)  Defendants' motion to dismiss was filed nearly two years after the deadline for dispositive motions had passed, and Defendants fail to provide any reason why the Court should modify the original scheduling order.

Accordingly, it is HEREBY RECOMMENDED that Defendants' motion to dismiss, filed October 4, 2013, be DENIED as untimely.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

///

///

specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **November 21, 2013**          /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE