# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEN CLARK, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00447 LJO DLB PC<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATION ISSUED ON NOVEMBER 21, 2013<br><br>[ECF No. 136] |

Plaintiff Wiiliam P. Garcia ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 12, 2010.

On October 14, 2013, Defendants filed a motion to dismiss. ECF No. 132. On November 21, 2013, the Court issued a Findings and Recommendation which recommended the motion be denied as untimely. On December 5, 2013, Defendants filed objections to the Findings and Recommendation. Plaintiff filed a reply on December 18, 2013. Defendants object that their motion is based on a lack of subject matter jurisdiction and argue that such a motion can be raised at any

///
///
///
///

time.  Fed. R. Civ. P. 12(i).  In light of Defendants' objections, the Court hereby WITHDRAWS the Findings and Recommendation issued on November 21, 2013.

IT IS SO ORDERED.

    Dated:   **December 25, 2014**                    /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE