# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>KEN CLARK, et al.,<br><br>   Defendants. | Case No.  1:10-cv-00447 LJO DLB PC<br><br>ORDER DISMISSING MOTIONS AS MOOT<br><br>[ECF Nos. 102, 103, 104, 108, 121, 123, 143, 144, 147, 149] |

     Plaintiff William P. Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 12, 2010.

     On December 29, 2014, the Magistrate Judge issued Findings and Recommendations that recommended Defendants' motion to dismiss for lack of subject matter jurisdiction be GRANTED and the First Amended Complaint be DISMISSED, thereby terminating the case. On February 3, 2015, the undersigned adopted the Findings and Recommendations in full, and GRANTED Defendant's motion to dismiss.  On February 4, 2015, judgment was entered and the action was terminated in its entirety.

///

///

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that the outstanding motions [ECF Nos. 102,
2  103, 104, 108, 121, 123, 143, 144, 147, 149] are DISMISSED as moot.

IT IS SO ORDERED.

Dated:  **July 6, 2015**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE