# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>    Defendants. | Case No.  1:10-cv-00447 LJO DLB PC<br><br>ORDER DENYING MOTION TO CONSOLIDATE OR REINSTATE<br><br>[ECF No. 164] |

Plaintiff William P. Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 12, 2010.

On August 3, 2015, David M. David, a non-party to this action, filed the instant motion to consolidate or reinstate the action. Insofar as this action was terminated in its entirety on February 4, 2015, and movant is a non-party, the motion is DENIED.

IT IS SO ORDERED.

    Dated:   **August 11, 2015**                   /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

1