UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　Defendants. | 1:10-cv-00447-LJO-GSA-PC<br><br>**ORDER REQUIRING DEFENDANTS TO FILE PRETRIAL STATEMENT ON OR BEFORE DECEMBER 5, 2016** |

　　This matter is currently set for jury trial on January 24, 2017, with a telephonic trial confirmation hearing to be held on December 8, 2016 before U.S. District Judge Lawrence J. O'Neill. Defendants have not filed a pretrial statement.[1] In light of the upcoming trial confirmation hearing, Defendants are required to file their pretrial statement on or before December 5, 2016, pursuant to Local Rule 281 of the Local Rules of the United States District Court, Eastern District of California.

IT IS SO ORDERED.

　　Dated:　**November 29, 2016**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the Court's Amended Second Scheduling Order issued on February 11, 2013, the parties were ordered to file pretrial statements. (ECF No. 90.) Plaintiff filed his pretrial statement on May 29, 2013. (ECF No. 105.) Defendants were ordered to file their pretrial statement on or before June 14, 2013. (ECF No. 90.) On June 10, 2013, the case was stayed pending settlement negotiations. (ECF No. 112.) On July 8, 2013, the stay was extended until August 15, 2013. (ECF No. 117.) On August 9, 2013, the stay was extended until October 3, 2013. (ECF No. 125.) On September 27, 2013, the stay was extended until December 5, 2013. (ECF No. 130.) Subsequently, the case was dismissed on February 4, 2015 and later reopened on May 18, 2016. (ECF Nos. 154, 171.)