**FILED**

DEC 06 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK, et al.,<br><br>　　　　Defendants. | 1:10-cv-00447-LJO-GSA-PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (ECF No. 185.)<br><br>**As to William P. Garcia, #J-77945** |

　　　The settlement conference for this matter commenced on December 6, 2016 at 10:00 a.m., and Plaintiff William P. Garcia, inmate, has given testimony before the Court. Inmate witness **William P. Garcia, #J-77945** is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issued on October 26, 2016, is HEREBY DISCHARGED.

DATED: 12/6/16

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE GARY S. AUSTIN